GANDALL v. PITCHER, appellant.

*Evidence —* § 399 *of Code as it stood in* 1865.

In an action by the heir at law of a testator against the grantee of the executor appointed by testator's will, and empowered to convey real estate, to recover possession of premises owned by testator at his death, upon the ground of testator's incapacity. *Held,* that the testimony of plaintiff, given at the trial, November 30, 1865, concerning what took place at interviews

between him and the testator, was inadmissible under § 399 of the Code as it then stood.

*J. W. Tompkins,* for appellant.

*Charles H. Purdy,* for respondent.

BARNARD, P. J.

As the section of the Code in question has been materially altered since the time when the trial took place, at which the point decided arose, it is believed unnecessary to give the opinion in full.

*Judgment reversed and new trial granted.*